The order below is hereby signed.

Signed: March 12, 2009.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |  |
|---|---|---|
| JOSE STRICKLAND, | * | Case No.: 08-00725 |
|  | * | Chapter 7 |
| Debtor(s). | * |  |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER DISMISSING CASE

Upon Consideration of the Trustee's Motion to Dismiss and for Enlargement of Time in Which to Object to Discharge, and good cause having been shown, it is hereby

ORDERED, that this case be and hereby is dismissed; and it is further

ORDERED, that in the event this Order is vacated for any reason, the time to object to the Debtor's discharge be, and hereby is, enlarged to a date which is sixty (60) days after the date of any order vacating this order of dismissal.

cc:

Kevin R. McCarthy
McCarthy & White PLLC
1751 Pinnacle Drive
Suite 1115
McLean VA 22102

Office of the U.S. Trustee

115 South Union Street
Plaza Level, Suite 210
Alexandria, VA  22314

Jose Strickland
5904 Lowery Lane
Upper Marlboro MD  20772

Kasey L. Edwards
Gilman & Edwards
8201 Corporate Drive, Suite 1140
Landover MD  20785